AO 442    (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

FID# 9574950

# UNITED STATES DISTRICT COURT

Western District of Texas

2014 SP -3 AM 8:57

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

UNITED STATES OF AMERICA

**SEALED** WARRANT FOR ARREST

V.

VICTOR ALFONSO CAMPOS DE SAN ROMAN

Case Number: DR:14-CR-960 (02)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   VICTOR ALFONSO CAMPOS DE SAN ROMAN
                                      _____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

RECEIVED US MARSHALS WDTX DEL RIO  2014 JUL -9 PM 3:1_

charging him or her with   (brief description of offense)

COUNT 1 -  21 USC 841(a)(1)&(b)(1)(C) and 846 - Conspiracy to Possess with Intent to Distribute Marijuana.
COUNT 3 -  8 USC 1324(a)(1)(A)(v)(I)&(B)(i) - Conspiracy to Transport Illegal Aliens.
COUNT 4 -  18 USC 371 and 554(a) - Conspiracy to Smuggle goods from the United States.
COUNT 5 -  18 USC 554(a) - Smuggling Goods from the United States.
COUNT 6 -  18 USC 371 and 31 USC 5332(a)(1) - Conspiracy to Commit Bulk Cash Smuggling.
COUNT 7 -  31 USC 5332(a)(1) - Bulk Cash Smuggling.

in violation of Title(s) _____   United States Code, Section(s)   Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED:   7/9/2014

Bail fixed at $ _____

Signature of Issuing Officer

7/9/2014                                Del Rio, TX
Date and Location

by   U.S. Magistrate Judge Victor R. Garcia
     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Del Rio, TX

| DATE RECEIVED 7/9/2014 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/02/2014 | Robert A. Mayer Sr. HSI Special Agent | Robert A. _____ Jr. |